IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| ) | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION (NO. VI) ) | |
| ) | |
| This Document Relates To: ) | **FILED** |
| ) | ASHEVILLE, N.C. |
| EARLENE D. PRICE, Individually and ) | DEC 1 3 2006 |
| As Personal Representative of the ) | |
| Estate of BRUCE L. PRICE, ) | USDC, WDNC |
| Plaintiff, ) | Civil Action No. 1:05CV307 |
| ) | U.S. DISTRICT COURT |
| ) | W. DIST. OF N.C. |
| v. ) | |
| ) | |
| A.W. CHESTERTON, INC., et. al. ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon motion by Defendant Goulds Pumps, Inc. and the consent of Plaintiff, and for good cause shown, it is hereby ORDERED that Defendant Goulds Pumps, Inc.'s Consent Motion for Leave to File Answer is granted and Defendant's Answer, which Defendant contemporaneously filed with its motion, is hereby deemed properly filed.

IT IS SO ORDERED.

Dated this the 20th day of November, 2006.

Honorable ~~Chief~~ Judge James T. Giles